

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Gerald Lynn Clark and Jo Ann Clark, Appellants

No. 06-14-00035-CV    v.

Titus County, Texas, Appellee

Appeal from the 276th District Court of Titus County, Texas (Tr. Ct. No. 36,149). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee, Titus County, Texas, pay all costs of this appeal.

RENDERED SEPTEMBER 19, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk